IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CONNIE CROSS,

    Plaintiff,

v.            CIVIL ACTION NO.  2:17-cv-03700

JOHNSON & JOHNSON, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

  On October 2, 2020, I entered an order directing plaintiff to show cause on or before October 15, 2020, why her case should not be dismissed without prejudice as to the remaining defendants, Johnson & Johnson and Ethicon, Inc., pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff has not shown cause. The court **ORDERS** that plaintiff's case must be dismissed without prejudice pursuant to Rule 4(m) for failure to serve the remaining defendants within 90 days after the complaint was filed.

  The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER: October 16, 2020

        _____
        JOSEPH R. GOODWIN
        UNITED STATES DISTRICT JUDGE